James Myles, as Administrator, etc., of Harriet Myles, Deceased, Respondent, v. Michael J. Reddy and Carl Gustafson, Defendants, and George Boguslofsky and Nostrand Hand Laundry, Inc., Appellants.— Action for wrongful death as a consequence of plaintiff's decedent being killed while standing on a sidewalk at a street intersection, as a result of the collision of two trucks. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

James Myles, Respondent, v. Michael J. Reddy and Carl Gustafson, Defendants, and George Boguslofsky and Nostrand Hand Laundry, Inc., Appellants.— Action for damages for personal injuries suffered by the plaintiff as a consequence of being struck by a truck which collided with another truck at an intersection of two streets. Plaintiff while so struck was standing on the

sidewalk. Judgment for the plaintiff reversed on the facts and a new trial granted, costs to appellants to abide the event, unless within ten days from the entry of the order hereon the plaintiff stipulate to reduce the verdict in his favor to $15,000; in which event the judgment, as so reduced, is unanimously affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.